AFAF RABEE

VERSUS

LOUISIANA DEPARTMENT OF PUBLIC
SAFETY & CORRECTIONS AND SABER
FARHUD

C/W

JACQUELINE EURSIN

VERSUS

OFFICE OF RISK MANAGEMENT;
LOUISIANA DEPARTMENT OF PUBLIC
SAFETY & CORRECTIONS; SABER
FARHUD; FINANCIAL INDEMNITY
COMPANY AND AFAF RABEE

NO. 23-C-384

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

November 17, 2023

Linda Wiseman

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Marc E. Johnson, and John J. Molaison, Jr.

### REHEARING DENIED

**SMC**
**MEJ**
**JJM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES



**FIFTH CIRCUIT**
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/17/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-C-384**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Stephen D. Enright, Jr. (District Judge)
Alberto E. Silva (Respondent)          Ron A. Austin (Respondent)          Phyllis E. Glazer (Relator)

### MAILED

Aaron J. Lawler (Respondent)          Craig A. Gentry (Respondent)          Adrian K. Alpay (Relator)
Attorney at Law                      Attorney at Law                      Assistant Attorney General
2431 South Acadian Thruway           601 Poydras Street                   Louisiana Department of Justice
Suite 600                            24th Floor                           1885 North Third Street
Baton Rouge, LA 70808                New Orleans, LA 70130                Third Floor
                                                                          Baton Rouge, LA 70802

Honorable Jeffrey M. Landry (Relator)
Attorney General
Louisiana Department of Justice
Post Office Box 94005
Baton Rouge, LA 70804